IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| PHONEUS, LLC, | ) |
| Plaintiff / Counter-Defendant, | ) Civil No.: 4:10-cv-00091 |
| v. | ) Judge Mattice |
| HIGHWAY GAMES, LLC, | ) |
| Defendant / Counter-Claimant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff PhoneUS, LLC and Defendant Highway Games, LLC, being all of the parties to this action, hereby stipulate: 1) to the dismissal of this action, and all claims and counterclaims herein, without prejudice, and 2) that each party shall bear its own discretionary costs as defined by Federal Rule of Civil Procedure 54 and attorney's fees.

Respectfully submitted this 13th day of July, 2012.

    By: /s/ Mark J. Patterson
         Mark J. Patterson (BPR No. 007186)
         John F. Triggs (BPR 26718)
         Paul C. Ney, Jr. (BPR No. 11625)
         WADDEY & PATTERSON, P.C.
         Suite 500 Roundabout Plaza
         1600 Division Street
         Nashville TN 37203

1

(615) 242-2400
(615) 242-2221
mjp@iplawgroup.com
jft@iplawgroup.com
pcn@iplawgroup.com

John H. Norton, III (BPR No. 005069)
THE NORTON LAW FIRM, PC
124 East Side Square
P.O. Drawer 37
Shelbyville, TN 37160
931-684-4824
nortonlawfirmpc@bellsouth.net

*Attorneys for Plaintiff PhoneUS, LLC*



      /s/ Samuel P. Funk
Samuel P. Funk (BPR No. 19777)
Philip Cramer (BPR No. 20697)
SHERRARD & ROE, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
(615) 742-4200
(615) 742-4539 (Fax)
sfunk@sherrardroe.com
pcramer@sherrardroe.com

*Attorneys for Defendant Highway Games, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2012, the foregoing document was electronically filed using the Court's CM/ECF system causing a notice of electronic filing to be sent to the following:

Samuel P. Funk
Philip F. Cramer
Sherrard & Roe, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
(615) 742-4200
(615) 742-4539 (fax)
sfunk@sherrardroe.com
pcramer@sherrardroe.com

                                              /s/ Mark J. Patterson
                                              Mark J. Patterson